**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Sarah E. Tuthill-Kveton, OSB No. 105324**
Email: sarah@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison Street, Suite 415
Portland, OR  97204
Telephone: 503.223.3000

Attorneys for Defendants Broad Auto Transportation LLC and Sergio Castro

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AMAL SWAN, | Case No. 3:19-cv-00229 |
| Plaintiff, | |
| v. | **DEFENDANTS' NOTICE OF REMOVAL** |
| BROAD AUTO TRANSPORTATION LLC, a Florida Limited Liability Corporation and SERGIO CASTRO, | **JURY TRIAL DEMANDED** |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441, § 1446, and § 1332(a), Defendants Broad Auto Transportation LLC and Sergio Castro ("Defendants") remove this action from the Circuit Court of the State of Oregon for the County of Multnomah to the United States District Court for the District of Oregon, Portland Division.

Page 1    **DEFENDANTS' NOTICE OF REMOVAL**

## RELEVANT FACTS

On January 15, 2019, Plaintiff served Defendants with a Summons and Complaint captioned *Amal Swan v. Broad Auto Transportation LLC, a Florida Limited Liability Corporation and Sergio Castro* Case No. 19CV01844, filed in the Circuit Court for the State of Oregon for the County of Multnomah. *See* Declaration of Sarah E. Tuthill-Kveton ("Tuthill-Kveton Decl."), ¶2. Copies of the Summons and Complaint are attached hereto as Exhibits A and B, respectively. *Id.* These documents, taken together, constitute all process, pleadings, and orders served on Defendants in that action up to the present date. *Id.*

## GROUNDS FOR REMOVAL

Pursuant to 28 U.S.C. § 1441(a), a defendant may remove an action filed in the state court to the United States District Court if the district court has diversity jurisdiction over the action. This action is one over which the district court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1). The grounds for removal of this action are:

1. Plaintiff's principle claims for relief against Defendants exceed $75,000. Plaintiff seeks damages of $166,770.11. Complaint ¶10.

2. Plaintiff and Defendants are residents of different states. Plaintiff resides in Oregon and Defendant is a Florida foreign business corporation. *See* Complaint ¶1; *see also* Defendants' Corporate Disclosure Statement (being filed concurrently). Defendant is headquartered with its principal place of business in Florida. Tuthill-Kveton Decl., ¶3. Therefore, the United States District Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as less than 30 days have elapsed since copies of the Summons and Complaint were served on Defendants. A copy of the Affidavit of Service provided by Plaintiff is attached hereto as Exhibit C. Tuthill-

Kveton Decl., ¶2.

4. No further proceedings have occurred in the Circuit Court of the State of Oregon for the County of Multnomah as of the date of this removal other than outlined herein.

5. Counsel for Defendants will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the State of Oregon for the County of Multnomah and will give notice of the same to Plaintiff as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants pray that this action be removed from the Circuit Court for the State of Oregon for the County of Multnomah and placed on the docket of the United States District Court for the District of Oregon in the Portland Division.

DATED this 14th day of February, 2019.

CHOCK BARHOUM LLP

_____
John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Sarah E. Tuthill-Kveton, OSB No. 105324
Email: sarah@chockbarhoum.com
   Attorneys for Defendants Broad Auto
   Transportation LLC and Sergio Castro

**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Sarah E. Tuthill-Kveton, OSB No. 105324**
Email: sarah@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison Street, Suite 415
Portland, OR 97204
Telephone: 503.223.3000

  Attorneys for Defendants Broad Auto Transportation LLC and Sergio Castro

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AMAL SWAN,<br><br>      Plaintiff,<br><br>  v.<br><br>BROAD AUTO TRANSPORTATION LLC, a Florida Limited Liability Corporation and SERGIO CASTRO,<br><br>      Defendants. | Case No. 3:19-cv-00229<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that a true copy of the foregoing **DEFENDANTS' NOTICE OF REMOVAL** was served on:

| | |
|---|---|
| Hala J. Gores<br>Attorney at Law<br>The Gores Building<br>1332 SW Custer Drive<br>Portland, OR 97219<br> *Attorney for Plaintiff* | ☐   By hand delivery<br>☑   By first-class mail*<br>☑   By electronic service through ECF system as identified on the Notice of Electronic Filing (NEF)<br>☐   By facsimile transmission<br>  Fax #: (503) 295-2651 |

Page 1 **CERTIFICATE OF SERVICE**

☐  By e-mail:
     hala@goreslaw.com

*With first-class postage prepaid and deposited in Portland, Oregon.

DATED this 14th day of February, 2019.

CHOCK BARHOUM LLP

_____
John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Sarah E. Tuthill-Kveton, OSB No. 105324
Email: sarah@chockbarhoum.com
  Attorneys for Defendants Broad Auto Transportation
  LLC and Sergio Castro

Page 2    **CERTIFICATE OF SERVICE**