IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

AMAL SWAN,

    Plaintiff,

v.

BROAD AUTO TRANSPORTATION LLC and SERGIO CASTRO,

    Defendants.

No. 3:19-cv-00229-MO

ORDER OF REMAND

MOSMAN, J.,

    Based on the parties' Stipulated Motion to Remand [7], IT IS HEREBY ORDERED that this action is remanded to the Multnomah County Circuit Court.

    DATED this __28__ day of February, 2019.

                                            /s/ Michael W. Mosman
                                            MICHAEL W. MOSMAN
                                            Chief United States District Judge